CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 23 2007
JOHN F. CORCORAN, CLERK
BY: M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER M. WATKINS, | ) |
| | ) Case No. 7:06CV00064 |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| WARDEN B.A. BLEDSOE, et al., | ) |
| | ) By: Jackson L. Kiser |
| Respondents; | ) Senior United States District Judge |

Before the Court is the Respondent's, Terry O'Brien, Warden of the U.S. Penitentiary in Lee County, Virginia ("Respondent") Motion to Dismiss Petitioner Christopher Michael Watkins' ("Petitioner"), petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. The parties have briefed the issues and I find that oral argument is unnecessary and would not significantly aid the decisional process. For the reasons stated in the accompanying memorandum opinion, the Respondent's Motion to Dismiss shall be **GRANTED**.

The Clerk is directed to send certified copies of this Order to all counsel of record, and to Christopher Michael Watkins. Any pending motions are to be dismissed as moot and the Clerk is directed to strike this case from the docket.

Entered this 23rd day of February, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge